# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-5913-DUTY |
| Victorino Ruiz-Perez | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __October 2__ , __2025__ , at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __Stephanie S. Christensen__ , in Courtroom __790__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __September 25, 2025__

_____
U.S. District Judge/Magistrate Judge